UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CALDERON,<br><br>        Petitioner,<br><br>   v.<br><br>THE PEOPLE OF THE STATE OF CA,<br><br>        Respondent. | Case No. 23-cv-05907 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this case is dismissed without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __March 31, 2024_____**

                                        _____
                                        BETH LABSON FREEMAN
                                        United States District Judge

Judgment
PRO-SE\BLF\HC.23\05907Calderon_judgment